UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEVE BERRIOS,**

        **Plaintiff,**

v.                                            Case No: 6:23-cv-1529-PGB-RMN

**CONGO BRANDS, LLC and
PRIME HYDRATION, LLC,**

        **Defendants.**

_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, I certify that the instant action:

_____ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:   August 22, 2023

                                                              Respectfully submitted,

                                                              /s/ *William Wright*
                                                              The Wright Law Office, P.A.
                                                              515 N Flagler Dr Ste P300
                                                              West Palm Beach FL 33401
                                                              (561) 514-0904
                                                              willwright@wrightlawoffice.com

*Lead Counsel for Plaintiff*

Sheehan & Associates, P.C.
Spencer Sheehan*
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

*Counsel for Plaintiff*
**Pro Hac Vice* Application
Forthcoming

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties.

                                                  /s/ *William Wright*