# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**STEVE BERRIOS,**

        **Plaintiff,**

v.                                                                  Case No: 6:23-cv-1529-PGB-RMN

**CONGO BRANDS, LLC and
PRIME HYDRATION, LLC,**

        **Defendants.**
_____/

## **ORDER**

    This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed February 15, 2024. (Doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Congo Brands, LLC, and Prime Hydration, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

    **DONE AND ORDERED** in Orlando, Florida on February 15, 2024.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties